**E-FILED**
Thursday, 02 February, 2006  02:18:09 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

WILLIE "EARL" OSBEY,

       Plaintiff,

v.                                          05-3276

HEALTH PROFESSIONALS LTD., et al.,

       Defendants.

## Case Management Order #2

       This case has survived a merit review and is undergoing service of process.  A hearing pursuant to Fed. R. Civ. P. 16 was held on January 31, 2006, for purposes of determining how the plaintiff's request for a preliminary injunction should be handled.  The plaintiff appeared *pro se* by video conference.  The defendants did not appear, as they have not yet been served.

       After discussion of the case with the plaintiff and exhibiting his wound to the court and recounting his recent treatment:

       IT IS ORDERED THAT:

       1) An evidentiary hearing on the plaintiff's request for a preliminary injunction (i.e., for immediate consultation with an infectious disease specialist and for immediate surgery to remove all the hardware and bullet fragments from his left femur) is scheduled for February 10, 2006, at 9:30 a.m. by video conference.  The plaintiff, the Medical Director at Pinckneyville Correctional Center (defendant Dr. Adrian Feinerman), and the Health Care Unit Administrator at Pinckneyville Correctional Center (defendant Christine Brown), shall all appear by video.  The primary inquiry of the hearing regards the plaintiff's current medical diagnosis, prognosis and treatment.

       2) The clerk is directed to issue a video writ to secure the plaintiff's video appearance at the hearing on February 10, 2006.

       3) The clerk is directed to fax this entry to the Illinois Attorney General to the attention of Illinois Assistant Attorney General Christopher Higgerson.  The clerk should inquire of Mr. Higgerson if he will willingly secure the appearance by video of Dr. Feinerman and Christine Brown by video at the scheduled hearing.  If those witnesses will not appear willingly, the clerk is directed to issue subpoenas for Dr. Feinerman and Christine Brown to secure their video appearance at the hearing on February 10, 2006.  The clerk is directed to make arrangements with the United States Marshal for personal service of said subpoenas on Feinerman and Brown.

       4) The clerk is directed to fax this entry to the attention of Dr. Feinerman and Christine Brown at Pinckneyville Correctional Center.  Dr. Feinerman and Ms. Brown are advised that they may wish to  obtain counsel to represent them at the hearing.

       Entered this _2nd_ Day of _February_, 2006.

                         **s\Harold A. Baker**

                          HAROLD A. BAKER
                   UNITED STATES DISTRICT JUDGE