UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

WILLIE "EARL" OSBEY,

    Plaintiff,

v.                      05-3276

HEALTH PROFESSIONALS LTD., et al.,

    Defendants.

## Order

Before the Court are motions to compel and a motion to dismiss for lack of prosecution by the defendants (d/e's 152, 156, 160). The plaintiff explains that his inability to answer many of the questions put to him at his deposition were caused by his transfer between prisons and the corresponding non-transfer of his documents in this case. Additionally, the plaintiff's release from prison and relocation to Chicago has made it more difficult for his court-appointed counsel to coordinate the prosecution of this lawsuit. It appears that the plaintiff has now answered the follow-up interrogatories, except that he has not signed them. Accordingly, the motions to dismiss and compel will be denied, except to the extent they seek the plaintiff's signature on his response to the interrogatories.

    IT IS ORDERED THAT:

    1) The defendants' motion to compel answers to interrogatories and deposition questions is denied, as it appears those answers have now been given (d/e 152).

    2) The defendants' motion to dismiss for lack of prosecution is denied (d/e 156).

    3) The defendants' motion to amend/correct their motion to compel is granted (d/e 161). The defendants' motion to compel the plaintiff to sign his answers to their interrogatories is granted (d/e 160). Fed. R. Civ. P. 33(b)(5)("person who makes answers must sign them"). The plaintiff is directed to provide signed answers to the interrogatories by July 31, 2008. The dispositive motion deadline remains July 31, 2008. The defendants should prepare their dispositive motion as if the answers they have received will be signed by the plaintiff without modification.

    Entered this 9th Day of <u>July</u>, 2008.

                            **s\Harold A. Baker**

                            HAROLD A. BAKER
                        UNITED STATES DISTRICT JUDGE